IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>EDVIN OVASAPYAN,<br>Defendant. | CRIMINAL NO. 18- ___ (FAB)<br><br>INFORMATION<br><br>VIOLATION:<br>Introducing Misbranded Drugs into<br>Interstate Commerce<br>21 U.S.C. §§ 331(a) and 333(a)(2)<br><br>(1 COUNT) |

## INFORMATION

The United States Attorney for the District of Puerto Rico charges that:

### COUNT ONE

From in or about January 2007 and continuing through to in or about December 2012, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

**EDVIN OVASAPYAN,**

aided and abetted by others not charged in this information, did cause Droguería de la Villa, Inc., a drug wholesaler located in Ponce, Puerto Rico, to introduce and deliver for introduction into interstate commerce drugs that were misbranded within the meaning of Title 21, United States Code, Section 352(a), in that their labeling was false and misleading in a particular, with intent to mislead the U.S. Food and Drug Administration in its ability to exercise its regulatory powers over the interstate distribution of prescription drugs.

All in violation of Title 21, United States Code, Sections 331(a) and 333(a)(2) and Title 18, United States Code, Section 2.

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney

_____
Timothy Henwood
First Assistant U.S. Attorney
Chief, Criminal Division
Dated: 8/7/18

_____
José A. Ruiz-Santiago
Assistant U.S. Attorney
Dated: 8/7/18